**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DISVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT
OCT 30 2025 11: 17 A
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO COLUMBUS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.** 1:25-cr-107 |
| **Plaintiff,** | |
| **v.** | **JUDGE** Barrett |
| | **INDICTMENT** |
| **THOMAS BRIAN NIEHAUS,** | |
| **Defendant.** | 18 U. S. C. § 844(i) |
| | 18 U. S. C. § 2 |

**THE GRAND JURY CHARGES:**

### COUNT ONE
**(Malicious Use of Fire)**

On or about July 30, 2025, in the Southern District of Ohio, the defendant, **THOMAS BRIAN NIEHAUS,** maliciously attempted to damage and destroy, by means of fire, a building and other real and personal property, to wit, a single-family home located on Ludlow Avenue in the Clifton neighborhood of Cincinnati, which was used in interstate commerce and in any activity affecting interstate commerce.

**All in violation of Title 18, United States Code, Sections 844(i) and 2.**

**A TRUE BILL.**

S/

**FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**EBUNOLUWA A. TAIWO / RYAN KEEFE**
**ASSISTANT UNITED STATES ATTORNEYS**